## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:     Clerk, United States District Court
        District of North Dakota

The Grand Jury returned an Indictment on July 15, 2020, against SARAH ANN CARLSON, a/k/a RAH RAH, charging the following:

18 U.S.C. §§ 371 and 1951(a) – Conspiracy to Interfere with Commerce by Threats and Violence – Hobbs Act Robbery
18 U.S.C. § 1951(a) – Interference with Commerce by Threats and Violence – Hobbs Act Robbery
18 U.S.C. § 924(c)(1) – Use of a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 2 – Aiding and Abetting

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

[X]   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Service.

[ ]   The United States recommends that:

[ ]   bail be set at        $ _____

[ ]   defendant be detained without bail.

COMMENTS:

Dated: *July 15, 2020*

_____
DREW H. WRIGLEY
United States Attorney